# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| MICHAEL AMARITE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREENE COUNTY, TENNESSEE, et al., ) <br> ) <br> Defendants. ) <br> ) | No.: 2:20-CV-116-RLJ-CRW |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered herewith, Defendants' motion for summary judgment [Doc. 37] is **GRANTED** as to Plaintiff's federal claims and **DENIED** as to Plaintiff's claims arising under state law. Plaintiff's claims arising under state law are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1367(c).

All pending pretrial motions [Docs. 42-43, 60-63] are **DENIED** as moot, and this action is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT